# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LAUREN ANNE SMITH, | ) |
| Plaintiff, | ) |
| | ) Docket No.: 2:19-cv-00070 |
| v. | ) |
| | ) **JUDGE WAVERLY D. CRENSHAW** |
| SMITH COUNTY, TENNESSEE and the SMITH COUNTY SHERIFF'S DEPARTMENT | ) **MAGISTRATE JUDGE NEWBERN** |
| | ) **JURY DEMAND** |
| Defendants. | ) |

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to this Court's order (D.E. 10), the parties hereby submit this Joint Case Resolution Status Report. To date, written discovery has been propounded by both parties, however answers have not yet been exchanged. A demand letter was sent on April 10, 2020 by Plaintiff, which has been transmitted to the County for consideration. The parties will continue to assess the prospect of utilizing ADR in this matter, but at this time, believe that it may be premature.

Respectfully submitted,

*/s/Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
(615) 254-9835 Fax
robyn.williams@farrar-bates.com
*Counsel for Defendant Smith County*


*/s/ Christopher V. Boiano*
Christopher V. Boiano, BPR #30076
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075
Phone: 615-991-7177
Fax: 615-296-0390
christopher@boianolaw.com
*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 13th day of April, 2020, a true and correct copy of the foregoing has been forwarded via electronic filing system to:

Christopher V. Boiano, BPR #30076
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075
Phone: 615-991-7177
Fax: 615-296-0390
christopher@boianolaw.com
*Counsel for Plaintiff*

*/s/ Robyn Beale Williams*
Robyn Beale Williams